

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00725-CV

**IN THE INTEREST OF D.N.M.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01778
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights to his child. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the first notice of appeal is filed. *Id.* The child's mother previously filed a premature notice of appeal on November 16, 2015, and the deadline for disposition runs from the date of her notice of appeal.

The trial court signed the termination order on November 18, 2015; accordingly, appellant's notice of appeal was due to be filed on December 8, 2015. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal is due on December 23, 2015. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he has not yet filed a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

In view of the foregoing, appellant is hereby ORDERED to file a motion for extension of time by December 23, 2015, presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appellant's appeal will be dismissed.[1] *See* TEX. R. APP. P. 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] The dismissal of the father's appeal will not affect the mother's pending appeal.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.



Keith E. Hottle
Clerk of Court